# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOMINGO CUETO ESTRADA,** | ) |
| **Petitioner,** | ) ) ) |
| vs. | ) ) **CIVIL NO. 10-cv-021-JPG** |
| **RANDY KERN, et al.,** | ) ) ) |
| **Respondents.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On May 21, 2010, Petitioner Domingo Cueto Estrada moved this Court to withdraw his petition for habeas corpus relief (Doc. 12). Recent decisions by the Seventh Circuit and the Department of Homeland Security led to Petitioner's release from detention on May 20, 2010, and rendered the instant action moot. Voluntary withdrawal of his petition is his right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

Dated: July 15, 2010.

                                                           s/ J. Phil Gilbert
                                                          U. S. District Judge